**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

TERESA H.,

Plaintiff,

v. CIVIL ACTION NO. 2:26-cv-00002

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 2) entered on January 5, 2026, this action was referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). By *Clerk's Order* (Document 8), the referral for proposed findings of fact and recommendation for disposition was transferred to the Honorable James P. Mazzone, United States Magistrate Judge.

On October 6, 2026, Magistrate Judge Mazzone submitted a *Proposed Findings and Recommendation* (Document 9) wherein it is recommended that this Court grant the Plaintiff's brief/motion for judgment on the pleadings to the extent that it seeks remand and deny the Defendant's brief/motion for judgment on the pleadings. It is further recommended that this Court reverse the final decision of the Commissioner, remand the matter pursuant to sentence four of 42 U.S.C. § 405(g), dismiss the matter with prejudice, and remove it from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by October 20, 2026.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The Court **ORDERS** that the Plaintiff's brief/motion for judgment on the pleadings (Document 4) be **GRANTED** to the extent that it seeks remand, that the Defendant's brief/motion for judgment on the pleadings (Document 5) be **DENIED**, that the final decision of the Commissioner be **REVERSED**, and that the matter be **REMANED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Magistrate Judge's *Proposed Findings and Recommendation*. The Court further **ORDERS** that this matter be **DISMISSED with prejudice** and **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge James P. Mazzone, counsel of record, and any unrepresented party.

ENTER: October 26, 2026

Irene C. Berger

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA